16 A.3d 350

IN THE MATTER OF KENNETH C. STRAIT, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 009711986).

April 7, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–355, concluding that **KENNETH C. STRAIT, JR.,** of **MONTCLAIR,** who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.8(a)(conflict of interest—prohibited business transaction with a client), and good cause appearing;

It is ORDERED that **KENNETH C. STRAIT, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.